IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.                                                            CRIMINAL NO. 2:19-cr-00051-KS-MTP

WADE ASHLEY WALTERS

### AMENDED ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

This cause came on to be heard on petition of the United States Attorney, Southern District of Mississippi, for a Writ of Habeas Corpus Ad Testificandum directed to the Warden of FCI Forrest City Low, Forrest City, Arkansas, and any United States Marshal, commanding said Warden to deliver to any United States Marshal, or his deputy or any authorized law enforcement officer, the body of THOMAS EDWARD SPELL, Reg. No. 21000-043, for testimony in a criminal case at Gulfport, Mississippi, and the Court having heard and considered said petition is of the opinion that the writ prayed for therein should be and the same is hereby authorized and granted.

IT IS, THEREFORE, ORDERED that the Clerk of this Court forthwith issue a Writ of Habeas Corpus Ad Testificandum directed to the Warden of FCI Forrest City Low, Forrest City, Arkansas, commanding said Warden to deliver the body of THOMAS EDWARD SPELL, Reg. No. 21000-043 to any United States Marshal, or his deputy or any authorized law enforcement officer, to be brought to the Southern District of Mississippi, at Gulfport, Mississippi, on or before July 13, 2020, for testimony in a criminal case, thereafter to be returned by any United

States Marshal, or his deputy, to the aforesaid, or to be dealt with in accordance with further orders of this Court.

    IT IS FURTHER ODERED that the Clerk's Office shall provide the U.S. Attorney's Office and the U.S. Marshals Service with a filed copy of the Amended Petition, this Amended Order and Writ.

    ORDERED this ___28th___ day of ___May___, 2020.

                          ___s/Keith Starrett___
                          UNITED STATES DISTRICT JUDGE