IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:19-cr-51-KS-MTP

WADE ASHLEY WALTERS

**ORDER**

**Considering the foregoing:**

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the United States of America's Motion for Permission to Produce Select Reciprocal Discovery in Related Case be and it is hereby **GRANTED**;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the United States of America be and it is hereby permitted to disclose certain discovery materials produced by defendant Wade Ashley Walters to the defendants in *United States v. Gregory Alvin Auzenne, M.D. and Tiffany Aleasha Clark*, Case No. 2:19-cr-53-KS-MTP.

**ORDERED** this ___1st___ day of ___October_____, 2020.

                                                                ___s/Keith Starrett_____
                                                                **UNITED STATES DISTRICT JUDGE**